UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | § | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **ARCADIA SOLAR SOLUTIONS, LLC,** | § | EP-22-CV-0245-KC |
| a Arizona Limited Liability Company | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendant Arcadia Solar Solutions, LLC was served with the Summons and Complaint in this action on or about July 15, 2022, and the time for Defendant to appear, answer, or move against the Complaint has expired without an appearance by Defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby;

ADJUDGED that the Plaintiff, Erik Salaiz, recover from the Defendant the sum of $18,000.00, the amount claimed, amounting in all to $18,000.00, plus interest on the judgement at the legal rate until the judgment is satisfied, and that the Plaintiff have execution, therefore.

Philip J. Devlin
Clerk of Court
United States District Court

JUDGMENT ENTERED THIS DAY OF Sept. 13, 2022